CERTIFIED TRUE COPY
ATTEST: RAVI SUBRAMANIAN
Clerk, U.S. District Court
Western District of Washington

By **_____**
Deputy Clerk

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In the Matter of Angus F Ni<br><br>WSBA No. 53828 | Case No. 2:25-rd-00001 DGE<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court under Local Rule 83.3(c) of the United States District Court for the Western District of Washington. The Court has been informed that you have been suspended from the practice of law by the United States Patent and Trademark Office. See Final Order No. D2024-20 (December 19, 2024). Based on this information, you are hereby **ORDERED TO SHOW CAUSE** within **30 days** why reciprocal discipline should not be imposed by this Court. Failure to timely respond to this Order shall be deemed acquiescence to reciprocal discipline by this Court.[1] If you have electronic filing privileges in this district, any response to this Order may be filed in CM/ECF under the above cause number. Otherwise, any response to this Order should be directed to Ravi Subramanian, the Clerk of the Court at: US Courthouse; 700 Stewart Street, Suite 2310; Seattle, WA 98101.

---

[1] Should you choose to respond to this Order, you must produce a certified copy of the entire record from the United States Patent and Trademark Office or persuade the Court that less than the entire record will suffice.

ORDER to SHOW CAUSE

Dated February 6, 2025.

David G. Estudillo
United States District Judge